IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRUS JONES, # 287250, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORIZON, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:14-CV-606-WKW<br>[WO] |

## **ORDER**

On October 24, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 35.) Upon an independent review of the file in this case, it is ORDERED as follows:

(1)     the Recommendation (Doc. # 35) is ADOPTED;

(2)     Defendants' motion to dismiss is GRANTED to the extent Defendants seek dismissal of this action based upon Plaintiff's failure to exhaust properly an administrative remedy available to him prior to filing this federal civil action; and

(3)     this action is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an available administrative remedy.

An appropriate final judgment will be entered separately.

DONE this 21st day of November, 2014.

          /s/ W. Keith Watkins
         CHIEF UNITED STATES DISTRICT JUDGE